1 GARY J. LORCH (State Bar No. 119989)
Email: glorch@gordonrees.com
2 GORDON & REES LLP
633 West Fifth Street, 52nd Floor
3 Los Angeles, CA 90071
Telephone: (213) 576-5000
4 Facsimile: (213) 680-4470

5 Attorneys for Defendant
INNOVIS DATA SOLUTIONS, INC.
6
CARLOS A. LLOREDA. JR. (State Bar No. 086352)
7 Email: callaw@earthlink.net
LAW OFFICES OF CARLOS A. LLOREDA, JR.
8 4311 Wilshire Boulevard, Suite 403
Los Angeles, CA 90010
9 Telephone: (323) 965-0365
Facsimile: (323) 965-0483
10
Attorneys for Plaintiff
11 MELBA GAUCI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELBA GAUCI | ) | Case No. CV 11-01387 ODW (JEMx) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | ) | |
| CITI MORTGAGE; TRANS UNION; EXPERIAN NCAC; INNOVIS; EQUIFAX INFORMATION SERVICES, LLC, and DOES 1 through 50, inclusive, and each of them, | ) | |
| Defendants. | ) | |

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff MELBA GAUCI and Defendant INNOVIS DATA SOLUTIONS, INC., by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), as to Innovis Data Solutions, Inc. only, with each party to this Stipulation to bear her/its own attorney's fees, costs and expenses.

Respectfully submitted,

Dated: November 29, 2011

GARY J. LORCH
GORDON & REES LLP

By: /s/ Gary J. Lorch
GARY J. LORCH
Attorneys for Defendant INNOVIS DATA SOLUTIONS, INC.

Dated: November 29, 2011

CARLOS A. LLOREDA, JR.
LAW OFFICES OF CARLOS A. LLOREDA, JR.

By: /s/ Carlos A. Lloreda, Jr.
CARLOS A. LLOREDA, JR.
Attorneys for Plaintiff MELBA GAUCI