1 Michelle M. Blum (State Bar No. 162512)
mblum@jonesday.com
2 Jason C. Wright (State Bar No. 261471)
jcwright@jonesday.com
3 JONES DAY
555 South Flower Street
4 Fiftieth Floor
Los Angeles, CA  90071-2300
5 Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539
6
Attorneys for Defendant
7 Experian Information Solutions, Inc.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MELBA GAUCI, | Case CV 11-01387-ODW (JEMx) |
|---|---|
| Plaintiff, | Assigned to the Honorable Otis D. Wright, II |
| v. | |
| CITI MORTGAGE; TRANS UNION; EXPERIAN NCAC; INNOVIS; EQUIFAX INFORMATION SERVICES, LLC, and DOES 1 through 50, inclusive, each of them, | **JUDGMENT SUBMITTED BY EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANS UNION LLC** |
| Defendants. | Complaint Filed: Dec. 16, 2010<br>Trial:               July 3, 2012 |

1
LAI-3159699

[Proposed] Judgment Submitted By Defendants
Experian, Equifax and Trans Union

On April 16, 2012, the Motion for Summary Judgment filed by Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union LLC ("Credit Bureaus"), came on for regular hearing in the above-entitled Court before the Honorable Otis D. Wright II, United States District Judge presiding.

After considering all of the moving and opposing papers filed in connection with this motion, hearing oral arguments thereon, and finding good cause therefore, the Court found that the Credit Bureaus are entitled to summary judgment with respect to Plaintiff's claims for violations of the Fair Credit Reporting Act. The Court entered an Order granting the Motion for Summary Judgment on April 30, 2012. Accordingly,

IT IS FURTHER ORDERED that the Clerk of the Court is directed to enter judgment in favor of the Credit Bureaus, that Plaintiff take nothing, and that the Credit Bureaus recover costs.

IT IS SO ORDERED.

DATED: May 9, 2012

_____
Honorable Otis D. Wright, II
United States District Court,
Central District of California